642 F.2d 1001
 UNITED STATES of America, Plaintiff-Appellee,
v.
Carl SUTTON, Jr., et al., Defendants-Appellants.
 Nos. 78-5134-5-6-7-8-9-41-2-3 and 78-5074.
 United States Court of Appeals,
Sixth Circuit.
 Nov. 7, 1979.
 ORDER
 
 1
 A majority of the judges of this Court in regular service have voted for rehearing of these cases en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court, 605 F.2d 260, is vacated, the mandate is stayed and these cases are restored to the docket as pending appeals.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and the cases will be scheduled during the February, 1980 session.